

December 20, 2019

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Courtroom 1105
New York, New York 10007

    Re: *Bediako and Miller v. P&G Auditors, et al.,* No. 19-CV-2527

Your Honor:

    This firm represents the plaintiffs in the above referenced action. I write to request an extension of time to submit a motion for collective action certification which is currently due by December 20, 2019. *See* Civil Case Management Plan and Scheduling Order [DE 52].

    The parties are actively negotiating settlement and Plaintiffs request a two (2) week extension, or up to and including January 3, 2020, to file their motion for collective action certification.

    The requested extension of time is not made for the purpose of delay, and no party will be prejudiced if the Court were to grant the requested extension.

    Counsel for the Plaintiffs has conferred with counsel for Defendants and is authorized to represent that Defendants have no objection to this request.

    We thank the Court for its consideration of this request.

                                               Respectfully submitted,

                                               *s/ Andrew R. Frisch*
                                               Andrew R. Frisch
                                               MORGAN & MORGAN, P.A.

The deadline to submit a motion for collective action certification is hereby EXTENDED, *nunc pro tunc*, to **January 3, 2020**. The parties are reminded, however, that requests for extension must be submitted at least 48 hours in advance of the deadline. The Clerk of Court is directed to terminate ECF No. 54. SO ORDERED.

December 23, 2019

---

8151 Peters Road, Suite 4000, Plantation, FL 33324 | (954) 318-0268 | ForThePeople.com