UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
DAMANI BEDIAKO and KIA MILLER, *on behalf of*      :
*themselves and those similarly situated*,                  :
                                                                   :
                                    Plaintiffs,              :          19-cv-2527 (LJL)
                                                                   :
            -v-                                                 :          ORDER
                                                                   :
P&G AUDITORS AND CONSULTANTS, LLC. et al.,     :
                                                                   :
                                    Defendants.            :
                                                                   X
---------------------------------------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/22/2020
```

LEWIS J. LIMAN, United States District Judge:

      Pursuant to an Order on January 2, 2020, the parties were directed to submit their settlement agreement to the Court along with a joint letter explaining the basis for the proposed settlement and why it should be approved as fair and reasonable (see Dkt. No. 57).  Such a filing was due by March 2, 2020. The parties have not made such a filing.

      It is ORDERED that the parties comply with the Order at Dkt. No. 57, or otherwise inform the Court of the parties' intention to proceed with litigation, by August 21, 2020.

      SO ORDERED.

Dated: July 22, 2020
      New York, New York                    _____
                                                              LEWIS J. LIMAN
                                                              United States District Judge