UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Damani Bediako and Kia Miller, on behalf of themselves and those similarly situated,

Plaintiffs,

-against-

P & G Auditors and Consultants, LLC et al.,

Defendants.

1:19-cv-02527 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Having reviewed the parties' motion for settlement approval (ECF No. 60), it is hereby Ordered that, no later than Friday, August 28, 2020, Plaintiffs shall file a letter further explaining the attorney fee arrangement and attaching a copy of the retainer agreement. Plaintiffs also shall provide information as to actual attorney's hours expended and the relevant experience of the attorney(s).

**SO ORDERED.**

DATED:   New York, New York
         August 21, 2020

_____
STEWART D. AARON
United States Magistrate Judge