# EXHIBIT A



# AUTHORITY TO REPRESENT

I, the undersigned client, hereby retain MORGAN & MORGAN, P.A., ("The Firm") as my attorneys to represent me in my wage and hour claim against ___P&G Auditors and Consultants___ . ("Defendant(s)")

The scope of this representation is intended to cover from pre-suit negotiations with my employer through the time of judgment on my claims (unless the agreement is terminated earlier as specified below). I understand that in the event a judgment is entered, The Firm is not obligated to represent me in a collection action or effort and will not represent me in a collection effort or action unless agreed to in writing by The Firm. I also understand that in the event that an appeal may be necessary, The Firm is not obligated to represent me in such an appeal and will not represent me in an appeal unless agreed to in writing by The Firm. I also understand that in the event that a counter-claim or other claim is brought against me, The Firm is not obligated to represent me on such claim and will not represent me on such claim unless agreed to in writing by The Firm.

I understand that if The Firm files a lawsuit against Defendant(s), it will attempt to seek attorney's fees under federal/state statutes and applicable case law <u>against</u> Defendant(s).   In the event that a collective/class action is pursued and resolved, or a judgment or court order is entered that provides for attorney's fees to be paid to the client or The Firm, or a settlement is reached between the parties to the litigation which provides for attorney's fees to be paid to Plaintiff or Plaintiff's counsel, The Firm's fees shall be the greater of (i) and (ii) below:

(i) attorney's fee as awarded by the court pursuant to federal or state law, or agreed to between Plaintiff and Defendant(s), or on a lodestar basis at $450 per hour as a blended rate for all attorneys; or

(ii) thirty three and one-third percent (33 1/3%) of the total amount recovered for the client and/or class (including any court awarded attorney's fees).

The Firm advises the client, and the client acknowledges, that The Firm's attorneys' fees could exceed the client's recovery depending on the facts of the client's case. In the event the court awards The Firm attorney's fees or costs due to discovery abuses by the Defendant or Defendant's

counsel, The Firm shall retain those attorney's fees and/or costs from the defense and they will not be part of this agreement for a set-off from any attorney's fees ultimately recovered.

I understand that this is a contingent fee contract and, if no recovery is made, I will not be obligated to pay attorneys' fees or costs incurred. I agree that upon written notice, The Firm may terminate their representation under the terms of this agreement.

I also acknowledge that The Firm will deduct costs from my share of the recovery after the contingent fee has been calculated. I understand and agree that I am only obligated to pay costs if there is a recovery in this claim. Said costs shall include, but are not limited to, cash and non-cash expenditures for: investigator mileage to and from the initial sign up meeting, court filing fees, medical records charges, mediation fees, subpoenas and deposition costs, witness fees, long distance telephone calls, facsimiles, photocopies, postage, in-house printing, travel, parking, investigative services and all other costs necessary for proper performance of legal services, and that such costs shall bear interest at the rate of 1.5% per month. In the event that The Firm withdraws from the case, The Firm reserves the right to be reimbursed for said costs if a recovery is made by another firm.

I have, before signing this contract, received and read the Statement of Client's Rights, and understand each of the rights set forth therein. I have signed the statement and received a signed copy to keep and refer to while being represented by the undersigned attorneys.

I understand and agree that The Firm may contact me at any phone number (including mobile, cellular/wireless, or similar devices) or email address I provide at any time, for any lawful purpose. The ways in which The Firm may contact me include live operator, automatic telephone dialing systems (auto-dialer), prerecorded message, text messaging systems or email. Phone numbers and email addresses I provide include those I give to The Firm, those from which I contact The Firm or which we obtain through other means. I also understand and agree that The Firm may monitor/and or record any of my phone conversations with The Firm representatives.

I provide my consent for the Firm and its attorneys to publish the results of my case including, without limitation, trial verdicts, arbitration awards, settlement amounts (without disclosing the names of the parties where confidential), and/or fee awards in advertisements and other media.

By executing this fee agreement you agree that, with one exception, any and all disputes between you and The Firm arising out of this agreement, our relationship with you or our performance of any past, current or future legal services, whether those services are subject of this particular agreement or otherwise, will be resolved through a binding arbitration proceeding to be conducted under the auspices of the Commercial Arbitration Rules of the American Arbitration Association in Orlando, Orange County, Florida. The disputes subject to binding arbitration will include without limitation, disputes regarding attorneys' fees or costs, and those alleging negligence, malpractice, breach of fiduciary duty, fraud or any claim based upon a statute. Both the agreement of

MMWH_FL_V08212018

Page 2 of 4

the parties to arbitrate all disputes and the results and awards rendered through the arbitration will be final and binding on you and us and may be specifically enforced by legal proceedings. Arbitration will be the sole means of resolving such disputes, and both parties waive their rights to resolve disputes by court proceedings or any other means. The parties have agreed that judgment may be entered on the award of any court of competent jurisdiction in the state of Florida and, therefore, any award rendered shall be binding. The arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding. The one exception to your agreement to arbitrate concerns ethical grievances which you may have. Nothing in this agreement limits, in any way, your right to pursue any ethical grievance against The Firm as permitted by applicable law.

You understand that by agreeing to arbitration as a mechanism to resolve all potential controversies, disputes, or claims between us, you are waiving certain rights, including the right to bring an action in court, the right to a jury trial, the right to broad discovery, and the right to an appeal. You understand that in the context of arbitration, a case is decided by an arbitrator (one or more), not by a judge or a jury. You agree that, in the event of such controversy, dispute, or claim between us, the prevailing party will be entitled to recover from the losing party all costs and expenses he, she, or it incurs in bringing and prosecuting, or defending, the arbitration, including reasonable attorneys' fees and costs.

Please review this contract carefully to be certain that it accurately sets forth our agreement. In the event that you do not understand anything in this agreement, please let us know so further written explanations can be provided.

**NOTICE: This agreement contains provisions requiring arbitration of fee disputes. Before you sign this agreement you should consult with another lawyer about the advisability of making an agreement with mandatory arbitration requirements. Arbitration proceedings are ways to resolve disputes without use of the court system. By entering into agreements that require arbitration, you give up (waive) your right to go to court to resolve those disputes by a judge or jury. These are important rights that should not be given up without careful consideration.**

I understand that this contract may be canceled by written notification to the attorney at any time within three (3) business days of the date the contract is signed, as shown below, and if canceled, I shall not be obligated to pay any fees to the attorneys for the work performed during that time. If the attorneys have advanced funds to others in their representation of me, the attorneys are entitled to be reimbursed for such amounts as they have reasonably advanced on behalf of the client. If I discharge my attorneys for any reason after the initial three (3) days, I agree that my attorneys will be entitled to a fee based on a percentage as set forth above, of any offer of settlement outstanding, or if no offer of settlement is outstanding, a reasonable fee based on the amount of time my attorneys spent on my case.

MMWH_FL_V08212018

The above employment is hereby accepted upon the terms and conditions stated herein.

DATE: 1/31/2019

_____    _____
CLIENT                            MORGAN & MORGAN, P.A.


### ASSOCIATING ATTORNEY AGREEMENT

I understand and consent to MORGAN & MORGAN, P.A. associating in this matter with _____, and that of the applicable fees in this agreement, 75% shall be paid to MORGAN & MORGAN, P.A., and 25% to the associating attorney.

I understand that in no event, however, shall I incur any additional legal fees or charges by virtue of said employment of co-counsel. Co-counsel shall assume the same legal responsibilities to me for the performance of legal services as MORGAN & MORGAN, P.A., and will be available for consultation with me.

The above employment is hereby accepted upon the terms and conditions stated herein.

DATE: 1/31/2019

_____    _____
CLIENT                            MORGAN & MORGAN, P.A.

                                  _____
                                  ASSOCIATING ATTORNEY


MMWH_FL_V08212018

Page 4 of 4