# EXHIBIT B

# Time Sheet

Bediako, Damani and Miller, Kia vs. P & G Auditors and Consultants, LL

| Date | Attorney | Hrs | |
|------|----------|-----|---|
| 01/29/2019 | AF | 2.00 | |
| | | | Telephone conference with Damani Bediako and Kia Miller to discuss case details and get a better understanding of the facts |
| 01/30/2019 | AF | .60 | |
| | | | Revised Fee Contract and emailed to Damani Bediako and Kia Miller to sign. |
| 01/31/2019 | AF | .30 | |
| | | | Received signed revised fee contracts from both clients |
| 02/06/2019 | AF | .20 | |
| | | | Voice Mail Received from client re 5 other former employees who have reached out to him to express interest in joining the case. |
| 02/07/2019 | AF | 3.00 | |
| | | | Research Defendants to start Complaint |
| 02/19/2019 | AF | .10 | |
| | | | Voice Mail left for Nate Carter - |
| 02/20/2019 | AF | .10 | |
| | | | Another voice Mail left for Nate Carter |
| 02/21/2019 | AF | .20 | |
| | | | Voice Mail Received from Damani Bediako |
| 03/01/2019 | AF | 3.50 | |
| | | | Research Defendants financial viability - TC with clients |
| 03/10/2019 | AF | 4.80 | |
| | | | Draft Complaint, Summonses, Civial Covert Sheet, etc.;  research prior lawsuits on all Defendants; reserach Registered Agents |
| 03/19/2019 | AF | .50 | |
| | | | Telephone conference with Kia Miller to discuss Complaint and defendants |
| 03/21/2019 | AF | 1.50 | |
| | | | Finalized and filed Complaint, Summonses, Civil Cover Sheet |
| 03/21/2019 | AF | .20 | |
| | | | Voice Mail left for Meagan Oliver to discuss Consent to Join |
| 03/22/2019 | AF | 1.90 | |
| | | | Receipt and Review of Deficiency notices - fixed Civil Cover sheet and refiled; received Initial Assignment Notice and deisgnation of Magistrate Judge; received Electronic Summons; received Order Regarding Early Mediation and Initial Pretrial Conference; received Order refrring Case to Mafgistrate Judge; calendared all deadlines |
| 03/25/2019 | AF | .30 | |
| | | | Drafted and filed Consents to Join for Nate Carter and Meagan Oliver |
| 03/28/2019 | AF | .70 | |
| | | | Telephone conference with process server regarding address of RA - research Defendants |
| 04/08/2019 | AF | .60 | |
| | | | Voice Mail Received from counsel for Defendant Lyle Zuckerman.  Did background research on him and called him back and left VM. |

# Time Sheet
Bediako, Damani and Miller, Kia vs. P & G Auditors and Consultants, LL

| Date | Attorney | Hrs | |
|------|----------|-----|---|
| 04/10/2019 | AF | .40 | |
| | | | Telephone conference with Damani Bediako about status of case and his concerns regarding Defendants' financial viability. |
| 04/10/2019 | AF | .40 | |
| | | | Telephone conference with Michael Goettig to introduce ourselves and talk about background of the case. |
| 04/11/2019 | AF | .50 | |
| | | | Telephone conference with Kia Miller on status of case |
| 04/12/2019 | AF | .70 | |
| | | | Received draft of Stipulation and Tolling Agreement - reveiewed and edited same and sent back to OC |
| 04/15/2019 | AF | .50 | |
| | | | Receipt and Review of Order Granting Stipulated Tolling Agreement - calendared deadlines |
| 04/16/2019 | AF | .20 | |
| | | | Draft and file Consent to Join for Devika Ramnarine |
| 04/16/2019 | AF | .70 | |
| | | | Telephone conference with Michael Smith - did intake and gave him status on case |
| 04/16/2019 | AF | .40 | |
| | | | Telephone conference with potential opt-in Brian Baldacci. |
| 04/16/2019 | AF | .50 | |
| | | | Received email/VM from potential opt-in Michael Smith asking to join and submitted his intake to sign-up team. |
| 04/17/2019 | AF | .40 | |
| | | | Telephone conference with Kia Miller and opt-ins she is putting touch with us |
| 04/18/2019 | AF | .20 | |
| | | | Draft and file Consent to Join for Kia Miller |
| 04/19/2019 | AF | .20 | |
| | | | Draft and file Consent to Join for Danielle Lucas |
| 04/22/2019 | AF | .20 | |
| | | | Draft and file Consent to Join for Damani Bediako |
| 04/25/2019 | AF | .50 | |
| | | | Telephone conference with Brian Zittel re concerns about bankruptcy and other issues |
| 04/26/2019 | AF | .20 | |
| | | | Draft and file Consent to Join for Ludger Jean Charles |
| 04/29/2019 | AF | .20 | |
| | | | Draft and file Consent to Join for Robert Johnson |
| 04/29/2019 | AF | .80 | |
| | | | Received draft of new Stipulated Tolling Agreement - reveiwed and sent back to OC |
| 04/29/2019 | AF | .40 | |
| | | | Telephone conference with Ludger Jean Charles |
| 05/01/2019 | AF | .50 | |
| | | | Receipt and Review of Order granting Stipulated Tolling - calendared all dates |
| 05/07/2019 | AF | .50 | |
| | | | Telephone conference with Luis Onativia |

# Time Sheet

Bediako, Damani and Miller, Kia vs. P & G Auditors and Consultants, LL

| Date | Attorney | Hrs | |
|------|----------|-----|---|
| 05/08/2019 | AF | 1.00 | |
| | | | Defendants proposed mediator Ralph Berger -research regarding same |
| 05/14/2019 | AF | .30 | |
| | | | Preparation of Motion for Pro Hac Vice Andrew Frisch |
| 05/14/2019 | AF | .50 | |
| | | | Preparation of Affidavit for Motion for Pro Hac Vice - C. Ryan Morgan |
| 05/14/2019 | AF | .50 | |
| | | | Preparation of Motion for Pro Hac Vice C. Ryan Morgan |
| 05/16/2019 | AF | .30 | |
| | | | Emailed Luis Onotivia Consent to Join and other sign up documents |
| 05/22/2019 | AF | .20 | |
| | | | Draft and file Consent to Join for Luis Onativia |
| 05/23/2019 | AF | .20 | |
| | | | Draft and file Consent to Join for Alexander Gil |
| 05/23/2019 | AF | .50 | |
| | | | Telephone conference with Carl Anderson on status of case and filling out forms |
| 05/23/2019 | AF | .40 | |
| | | | Telephone conference with Olivia Jones - she will fill out forms and send them in |
| 05/29/2019 | AF | .20 | |
| | | | Voice Mail left for Adetutu Oshineye returning her call and answer her questions |
| 05/30/2019 | AF | .70 | |
| | | | Telephone conference with Adetutu Oshineye - did an intakeand emailed forms to her |
| 06/03/2019 | AF | .20 | |
| | | | Draft and file Consent to Join for Adetutu Oshineye |
| 06/04/2019 | AF | .50 | |
| | | | Finalize and file Motion for Ryan Morgan to Appear Pro HacVice |
| 06/04/2019 | AF | .20 | |
| | | | Preparation of Letter to Supreme Court Requesting Certificate of Good Standing |
| 06/12/2019 | AF | .20 | |
| | | | Draft and file Consent to Join for Carl Anderson |
| 06/12/2019 | AF | .50 | |
| | | | Finalize and file Amended Motion for Ryan Morgan to Appear Pro HacVice |
| 06/13/2019 | AF | .20 | |
| | | | Receipt and Review of Order granting Pro Hac Vice to Ryan Morgan |
| 06/14/2019 | AF | .20 | |
| | | | Draft and file Consent to Join for Olivia Jones |
| 06/14/2019 | AF | .30 | |
| | | | Draft and file Notice of Change of Address for Andrew Frisch |
| 06/14/2019 | AF | 1.50 | |
| | | | Telephone conference with oposing counsel and mediator |
| 07/03/2019 | AF | .10 | |
| | | | Voice Mail left for Laura Brau |

# Time Sheet

Bediako, Damani and Miller, Kia vs. P & G Auditors and Consultants, LL

| Date | Attorney | Hrs | |
|------|----------|-----|---|
| 07/11/2019 | AF | .10 | |
| | | | Voice Mail left for Laura Brau again |
| 07/12/2019 | AF | .60 | |
| | | | Telephone conference with Alexander Gil - gave him a case update and answered questions about upcoming mediation |
| 07/12/2019 | AF | .10 | |
| | | | Voice Mail left for Kwame Marfo |
| 07/12/2019 | AF | 6.00 | |
| | | | Draft Plaintiffs' Confidential Mediation Statement |
| 07/15/2019 | AF | 4.20 | |
| | | | Created Damages spreadsheet |
| 07/16/2019 | AF | .10 | |
| | | | Voice Mail left for Kwame Marfo again |
| 07/17/2019 | AF | .30 | |
| | | | Voice Mail left for Richard Burkos potantial opt-in |
| 07/18/2019 | AF | 1.00 | |
| | | | Telephone conference with Damani Bediako and Kia Miller regarding upcoming mediation |
| 07/18/2019 | AF | 2.50 | |
| | | | preparation for Mediation tomorrow |
| 07/19/2019 | AF | .20 | |
| | | | Draft and file Consent to Join for Stephanie Darigan |
| 07/19/2019 | AF | 8.00 | |
| | | | Mediation in New York with Ralph Berger |
| 07/20/2019 | AF | 4.00 | |
| | | | travel from mediation in New York |
| 07/22/2019 | AF | .20 | |
| | | | Draft and file Consent to Join for Kwame Marfo |
| 07/26/2019 | AF | .40 | |
| | | | Telephone conference with Luis Onativia regarding status of case |
| 07/30/2019 | AF | .70 | |
| | | | Receipt and Review of Order Scheduling Default Judgment Briefing and Show Cause Hearing - calendared all deadlines |
| 07/30/2019 | AF | .30 | |
| | | | Telephone conference with Alex Gil re mediation |
| 08/05/2019 | AF | .50 | |
| | | | Draft and file Notice of Filing Proof of Service |
| 08/08/2019 | AF | .60 | |
| | | | Receipt and Review of Revised Scheduling order - calendared dates |
| 08/09/2019 | AF | .40 | |
| | | | Receipt and Review of Notices of Appearance for OCs Lyle Zuckerman and Michael Goettig |
| 08/09/2019 | AF | .20 | |
| | | | Receipt and Review of Rule 7.1 Corporate Disclosure Statement |
| 08/09/2019 | AF | .40 | |
| | | | Receipt and Review of Letter Motion to Adjourn Conference |
| 08/12/2019 | AF | .40 | |
| | | | Receipt and Review of Order granting Letter Motion to Adjourn Conference |

# Time Sheet
## Bediako, Damani and Miller, Kia vs. P & G Auditors and Consultants, LL

| Date | Attorney | Hrs |
|------|----------|-----|
| 09/17/2019 | AF | .10 |
| | | Voice Mail left for Alexander Gil to give update |
| 10/24/2019 | AF | .80 |
| | | File Joint Letter Motion for Extension of Time to File Preconference Materials |
| 10/25/2019 | AF | .30 |
| | | Receipt and Review of Order granting Joint Letter for Extension to File Pre-Conference Materials - calendar Initial Conference |
| 10/25/2019 | AF | .30 |
| | | Draft and file Letter Motion to Appear Telephonically |
| 10/25/2019 | AF | .30 |
| | | Telephone conference with opposing counsel re preliminary report and possible settlement. |
| 10/28/2019 | AF | 1.50 |
| | | Receipt and Review of Defendants' Answer to Complaint - reseearch regarding same |
| 10/28/2019 | AF | .80 |
| | | Review R16/26 Report and transmittal letter and make edits. |
| 10/29/2019 | AF | .30 |
| | | Draft and file Notice of Withdrawal of Robert Johnson |
| 10/30/2019 | AF | .30 |
| | | Receipt and Review of Scheduling Order - calendared rescheduled conference |
| 11/04/2019 | AF | .30 |
| | | Draft and file Notice of Withdrawal of Consent to Join for Ledger Jean Charles |
| 11/05/2019 | AF | .20 |
| | | Telephone conference with opposing counsel re settlement. |
| 11/06/2019 | AF | .20 |
| | | Receipt and Review of Order changing conference to telephonic |
| 11/07/2019 | AF | 1.00 |
| | | Initial PreTrial Conference via telephone with OC and judge |
| 11/08/2019 | AF | 1.00 |
| | | Receipt and Review of Case Management Plan and Scheduling order - calendared all deadlines and reminders |
| 11/11/2019 | AF | .80 |
| | | Telephone conference with clients re settlement offer and case prospects. |
| 11/12/2019 | AF | 1.00 |
| | | received email from Bediako with information on Defednat projects -reserached same |
| 11/14/2019 | AF | 1.50 |
| | | Draft and file Rule 26 Disclosures |
| 11/14/2019 | AF | 1.50 |
| | | Updated Damages spreadsheet |
| 11/19/2019 | AF | .10 |
| | | Email left for opposing counsel (OC) re settlement. |
| 12/04/2019 | AF | .20 |
| | | Telephone conference with opposing counsel re settlement. |

# Time Sheet
## Bediako, Damani and Miller, Kia vs. P & G Auditors and Consultants, LL

| Date | Attorney | Hrs |
|------|----------|-----|
| 12/11/2019 | AF | 3.00 |
| | | Drafted Interrigatories, Request for Admissions and Request for Production for Bediako and Miller on all Defendants |
| 12/13/2019 | AF | .70 |
| | | Telephone conferences with opposing counsel re settlement and counter offers and Discovery |
| 12/13/2019 | AF | 2.00 |
| | | finalized and served Interrogatories, Request for Admissions and Request for Production for Bediako and Miller on all Defendants - served same via email and mail |
| 12/20/2019 | AF | 1.30 |
| | | Telephone conference with Bediako re settlement. |
| 12/20/2019 | AF | 1.70 |
| | | Draft and file Letter Motion for Extension of Time to File Motion for Collective Action |
| 12/21/2019 | AF | 1.50 |
| | | Telephone conference with clients re settlement. |
| 12/26/2019 | AF | .30 |
| | | Receipt and Review of Order granting Extension to File Motion for Collective Action - calendared new deadline |
| 12/30/2019 | AF | .20 |
| | | Telephone conference with OC re settlement. |
| 12/31/2019 | AF | .50 |
| | | Draft and file Notice of Settlement |
| 01/02/2020 | AF | .70 |
| | | Receipt and Review of Order regarding submitting settlement agreement |
| 01/13/2020 | AF | .30 |
| | | Telephone conference witj oposing counsel re settlement |
| 01/15/2020 | AF | 1.60 |
| | | Draft settlement agreement and email to opposing counsel for their review/approval. |
| 01/27/2020 | AF | .50 |
| | | Telephone conference with opposing counsel re settlement docs. |
| 02/04/2020 | AF | .20 |
| | | Receipt and Review of Case Reassignment to Judge Liman |
| 02/19/2020 | AF | .40 |
| | | Telephone conference with opposing counsel re sending counter-draft SA, 1099 vs. W2 payments, and the possibility of a payment plan |
| 03/02/2020 | AF | .70 |
| | | Email with OC and then with clients re settlement payment terms. |
| 03/10/2020 | AF | .40 |
| | | Telephone conference with Nathaniel Carter |
| 03/13/2020 | AF | 2.00 |
| | | Sent e-mails with updates to opt-ins: Nathaniel Carter, Carl Anderson, & Luis Onativia; The attorneys are still negotiating a final settlement. |
| 03/18/2020 | AF | .90 |
| | | updated Damages Allocation spreadsheet and sent to OC |

# Time Sheet
Bediako, Damani and Miller, Kia vs. P & G Auditors and Consultants, LL

| Date | Attorney | Hrs |
|---|---|---|
| 03/25/2020 | AF | 1.50 |
| | | Telephone conference with Stephanies Derogan, Olivia Jones, Carl Anderson, Kwame Marfo, Luis Onativia - updates contact info for all and discussed settlement |
| 03/25/2020 | AF | 1.30 |
| | | Review and edit the SA drafted by OC. |
| 04/22/2020 | AF | .70 |
| | | Telephone conference with opposing counsel to discuss my edits to the settlement agreement. |
| 05/18/2020 | AF | 5.70 |
| | | Sent SAs to all clients to electronically sign via Adobe Sign. |
| 05/19/2020 | AF | .50 |
| | | Telephone conference with Luis Onativia re settlement amount he is receiving |
| 05/19/2020 | AF | .40 |
| | | Telephone conference with Olivia Jones |
| 05/20/2020 | AF | 4.80 |
| | | Telephone conferences with clients re questions about the SA. |
| 06/02/2020 | AF | .20 |
| | | sent email to opossing counsel attached executed settlement agreement by all Plaintiffs |
| 06/19/2020 | AF | .10 |
| | | Email left for opposing counsel re status of the SA. |
| 07/08/2020 | AF | .20 |
| | | sent email to opossing counsel following up on executed SA by Defendants |
| 07/22/2020 | AF | .30 |
| | | Receipt and Review of Order asking parties to comply with order to file settlement agreement |
| 07/27/2020 | AF | .30 |
| | | sent email to opossing counsel asking for executed SA and gave deadline for same to them |
| 08/19/2020 | AF | 2.00 |
| | | Edited revised draft of Letter Motion for Approval of Settlement and e-mailed to OC for filing. |
| 08/19/2020 | AF | 1.10 |
| | | Filed Stipulation to magistrate form signed by all counsel, and filed fully executed letter motion for approval of settlement with fully signed/executed SA attached as Exhibit A. |
| 08/21/2020 | AF | .30 |
| | | Receipt and Review of Order requiring Plaintiffs to file letter explaining attorney fees |
| 08/28/2020 | AF | 1.60 |
| | | Review file and draft Declaration responsive to Court's Order re fees. |

Total hours:    121.50