# EXHIBIT C

**Morgan & Morgan, P.A.**
Cost Summary Report with Details
(8994250) Bediako, Damani and Miller, Kia vs. P & G Auditors and Consultants, LL

8/28/2020
12:46:38PM

For Transactions Dated Through:08/28/2020

Page 1 of 2

**8994250 - Bediako, Damani and Miller, Kia vs. P & G Auditors and Consultants, LL**

### CLP — Color Printing

| Date | Reference | Payee | Comment | Amount |
|---|---|---|---|---|
| 03/19/2019 | | | Color Printing | $0.50 |
| 03/19/2019 | | | Color Printing | 0.50 |
| 11/25/2019 | | | Color Printing | 1.00 |
| | | | **Color Printing** | **$2.00** |

### CRTFEE — Court Fees

| Date | Reference | Payee | Comment | Amount |
|---|---|---|---|---|
| 06/05/2019 | 835468 | Florida Supreme Court | ASAP | 7.00 |
| | | | **Court Fees** | **$7.00** |

### ECF — Electronic Filing Fees

| Date | Reference | Payee | Comment | Amount |
|---|---|---|---|---|
| 06/06/2019 | ACH 06.06.1 | C. Ryan Morgan | | 200.00 |
| | | | **Electronic Filing Fees** | **$200.00** |

### FEDEX — Fed Ex

| Date | Reference | Payee | Comment | Amount |
|---|---|---|---|---|
| 06/05/2019 | | | ORL | 15.87 |
| 07/30/2019 | | | FTL | 13.93 |
| | | | **Fed Ex** | **$29.80** |

### FIL — Filing fees

| Date | Reference | Payee | Comment | Amount |
|---|---|---|---|---|
| 03/28/2019 | ACH 03.28.1 | Andrew Frisch | | 400.00 |
| 05/16/2019 | ACH 05.16.1 | C. Ryan Morgan | | 15.00 |
| | | | **Filing fees** | **$415.00** |

### MED — Mediation

| Date | Reference | Payee | Comment | Amount |
|---|---|---|---|---|
| 07/02/2019 | 838306 | Ralph S. Berger | ASAP | 3,500.00 |
| | | | **Mediation** | **$3,500.00** |

### PFS — Professional Service

| Date | Reference | Payee | Comment | Amount |
|---|---|---|---|---|
| 03/07/2019 | ACH 03.07.1 | Andrew Frisch | | 6.25 |
| | | | **Professional Service** | **$6.25** |

### PRN — Black & White Printing

| Date | Reference | Payee | Comment | Amount |
|---|---|---|---|---|
| 02/12/2019 | | | Black & White Printing | 1.50 |
| 02/12/2019 | | | Black & White Printing | 1.75 |
| 02/19/2019 | | | Black & White Printing | 1.50 |
| 03/15/2019 | | | Black & White Printing | 3.75 |
| 03/19/2019 | | | Black & White Printing | 3.75 |
| 03/19/2019 | | | Black & White Printing | 3.75 |
| 06/11/2019 | | | Black & White Printing | 1.25 |
| 07/09/2019 | | | Black & White Printing | 1.25 |
| 07/09/2019 | | | Black & White Printing | 1.25 |
| 07/09/2019 | | | Black & White Printing | 1.50 |
| 07/09/2019 | | | Black & White Printing | 1.25 |
| 07/09/2019 | | | Black & White Printing | 3.50 |
| 10/07/2019 | | | Black & White Printing | 1.25 |
| 10/28/2019 | | | Black & White Printing | 4.25 |
| 11/13/2019 | | | Black & White Printing | 1.25 |
| 11/14/2019 | | | Black & White Printing | 1.25 |
| 11/14/2019 | | | Black & White Printing | 1.25 |

**Morgan & Morgan, P.A.**
Cost Summary Report with Details
(8994250) Bediako, Damani and Miller, Kia vs. P & G Auditors and Consultants, LL

8/28/2020
12:46:38PM

For Transactions Dated Through: 08/28/2020

Page 2 of 2

| Date | | | | Amount |
|---|---|---|---|---|
| 11/25/2019 | | | Black & White Printing | $1.25 |
| 11/25/2019 | | | Black & White Printing | 1.75 |
| 11/25/2019 | | | Black & White Printing | 5.75 |
| 11/25/2019 | | | Black & White Printing | 1.75 |
| 12/10/2019 | | | Black & White Printing | 1.75 |
| 12/10/2019 | | | Black & White Printing | 5.75 |
| 12/10/2019 | | | Black & White Printing | 1.75 |
| 08/26/2020 | | | Black & White Printing | 3.75 |
| 08/26/2020 | | | Black & White Printing | 2.75 |
| | | | **Black & White Printing** | **$61.50** |

### PSVC    Process Service

| Date | Reference | Payee | Comment | Amount |
|---|---|---|---|---|
| 04/02/2019 | 828777 | TSI Legal | | 100.00 |
| 05/14/2019 | 833150 | TSI Legal | | 100.00 |
| 05/14/2019 | 833151 | TSI Legal | | 100.00 |
| | | | **Process Service** | **$300.00** |

### TVL    Travel Expenses

| Date | Reference | Payee | Comment | Amount |
|---|---|---|---|---|
| 02/28/2019 | ACH 02.28.1 | Andrew Frisch | | 57.29 |
| 07/25/2019 | ACH 07.25.1 | Andrew Frisch | | 670.78 |
| 08/22/2019 | ACH 08.22.1 | Andrew Frisch | | 132.78 |
| | | | **Travel Expenses** | **$860.85** |
| | | | **Total:** | **$5,382.40** |

### Payables

| Invoice_Date | Invoice # | Payee | Comment | Amount |
|---|---|---|---|---|
| | | | **Total Payables:** | |
| | | | **GRAND TOTAL:** | **$5,382.40** |