```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Damani Bediako and Kia Miller, on behalf of themselves and those similarly situated,

                Plaintiffs,

-against-

P & G Auditors and Consultants, LLC et al.,

                Defendants.

1:19-cv-02527 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

This case contains claims under the Fair Labor Standards Act. On August 19, 2020, an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 61.) Also on August 19, 2020, the parties submitted their proposed settlement agreement. (ECF No. 60.) On August 21, 2020, the Court entered an Order requiring Plaintiffs to file a letter further explaining the attorney fee arrangement (and attaching a copy of the retainer agreement) and providing information as to actual attorney's hours expended and the relevant experience of the attorney(s). (ECF No. 62.) On August 28, 2020, Plaintiffs filed their letter which contained all the required information. (ECF No. 63.)

Having reviewed the proposed settlement, as well as all of the parties' submissions, the Court finds that the proposed settlement is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

**SO ORDERED.**

DATED: New York, New York
August 31, 2020

_____
STEWART D. AARON
United States Magistrate Judge